**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01399-CMA-MEH

TRESSA MENDOZA,

      Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,
f/k/a Jefferson Pilot Financial Insurance Company,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed.R.Civ.P. 41 and the Stipulation For

Dismissal (Doc. # 19) signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action be DISMISSED WITH PREJUDICE, each

party to pay her or its own attorney fees and costs.

DATED at Denver, Colorado, this __10th__ day of March, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge